IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE**, *et al.*,

    Plaintiffs,

                                  Civil Action 2:25-cv-0773
                                  Judge Algenon L. Marbley
    v.                             Magistrate Judge Elizabeth P. Deavers

**THE OHIO SUPREME COURT**, *et al.*,

    Defendants.

## ORDER

This matter is before the Court for consideration of Plaintiff's Initial Disclosures. (ECF No. 6.) The Court did not order Plaintiff to file such a document. Nor has Plaintiff utilized this filing in a court proceeding. Plaintiff's filing therefore violates Federal Rule of Civil Procedure 5(d)(1), which provides in pertinent part that "disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: . . . interrogatories, requests for documents or tangible things . . . and requests for admission." Fed. R. Civ. P. 5(d)(1).

The Court therefore **STRIKES** Plaintiff's Initial Disclosures. (ECF No. 6.) Plaintiff is **DIRECTED** to cease filing these types of documents set forth in Rule 5(d)(1) until they are used in a proceeding or the Court orders otherwise and to serve counsel for Defendant consistent with the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED.**

**Date: July 18, 2025**                                    */s/ Elizabeth A. Preston Deavers*
                                                          **ELIZABETH A. PRESTON DEAVERS**
                                                          **UNITED STATES MAGISTRATE JUDGE**