IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**John Doe,** *et al.***,**

    **Plaintiffs,**

    v.

    Civil Action 2:25-cv-0773
    Judge Algenon L. Marbley
    Magistrate Judge Elizabeth P. Deavers

**THE OHIO SUPREME COURT,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court upon review of Plaintiff's Complaint.  (ECF No. 1.) Plaintiff's Complaint does not comply with Federal Rule of Civil Procedure 10(a), which requires that a complaint state the names of all parties.  Fed. R. Civ. P. 10(a).  Considering the unique circumstances of this case, Plaintiff is **ORDERED** to email a copy of her signed Complaint that includes her full name to deavers_chambers@ohsd.uscourts.gov on or before **JULY 28, 2025**.  No other *ex parte* communications will be allowed unless explicitly permitted by the Court.  Plaintiff is **CAUTIONED** that failure to comply with this Order may result in her action being dismissed.  The Clerk is **DIRECTED** to send a copy of this Order to Plaintiff via overnight mail.

    **IT IS SO ORDERED.**


**Date: July 24, 2025**	    */s/ Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**