

FILED
RICHARD W. NAGEL
CLERK OF COURT

2025 SEP 19 AM 11: 45

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

JOHN DOE

    *Plaintiff,*

-vs-

THE SUPREME COURT OF OHIO, ET AL.,

    *Defendants.*

CASE NO. 2:25-CV-0773

JUDGE: SARAH D. MORRISON

MAGISTRATE JUDGE: ELIZABETH P. DEAVERS

**PLAINTIFFS' REPLY TO DEFENDANT'S REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS/ REQUEST TO JOIN "THE STATE OF OHIO" AS A DEFENDANT**

**ORAL ARGUMENT REQUESTED**

---

Plaintiff now moves this Honorable Court to join "The State of Ohio" as a Defendant to the instance claim in accordance with Fed.R.Civ.Pro 15, 14, *Ex parte Edward Young*, 209 U.S. 123, 28 S.Ct. 441, 52 L.Ed. 714 (1908) and *Monell v. Department of Social Services of City of New York*, 436 U.S. 658, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978).

Plaintiff further prays that this court find that Plaintiff may recover from the Ohio Board of Law Examiners and the Ohio Supreme Court Defendants independently, in accordance with *Hafer v. Melo*, 502 U.S. 21, 112 S.Ct. 358, 116 L.Ed.2d 301 (1991) and on the grounds that Title VII, Title VI, the Due Process Clause, the Equal Protection Clause, and 42 U.S.C. § 1983 grant Plaintiff express statutory authority to recover from the Defendants.

Pursuant to Local Rule of Civil Procedure 7.1(b)(2), oral argument is requested on this *Motion* because of the complex legal arguments involved in this case.

Respectfully submitted,

**JOHN DOE**

/s/

John Doe ***Pro-Se*** *Plaintiff*
6908 Willow Bloom Dr.
Canal Winchester, OH, 43110
Phone: 216-525-9982
Email: dbsmith135@gmail.com

<u>**MEMORANDUM IN SUPPORT**</u>

The Defendants argue that the Ohio Board of Law Examiners and the Ohio Supreme Court Defendant are not sui juris as outlined in *State ex rel. Cleveland Municipal Court v. Cleveland City Council*, 34 Ohio St.2d 120, 296 N.E.2d 544, 63 O.O.2d 199 (Ohio 1973).

In *State ex rel. Cleveland Municipal Court v. Cleveland City Council*, the Ohio Supreme Court found that **absent express statutory authority**, a court cannot be sued **in its own right**. *Id* at 121.

Yet the Court also found that the eight individual judges were proper parties against whom the counterclaim could be filed. *Id.*

Whether an entity is sui juris and may be sued is a question of capacity that may be waived. *State v. Montgomery Cty. Ct. of Common Pleas*, 175 Ohio St.3d 491, 245 N.E.3d 754, 757, (Ohio 2024) citing *State ex rel. Sch. Choice Ohio, Inc. v. Cincinnati Pub. Sch. Dist.*, 147 Ohio St.3d 256, 63 N.E.3d 1183 (Ohio 2016).

On the other hand, a suit against a state official in her official capacity therefore should be treated as a suit against the State. *Hafer v. Melo*, 502 U.S. 21, 25, 112 S.Ct. 358, 116 L.Ed.2d 301 (1991).

Because the real party in interest in an official-capacity suit is the governmental entity and not the named official, "the entity's 'policy or custom' must have played a part in the violation of federal law." *Id.*

But state officials, sued in their individual capacities, are "persons" within the meaning of §1983. *Id* at 31.

When a state official acts in violation of the Federal Constitution, he "comes into conflict with the superior authority of that Constitution," and the state does not have the power "to impart

to him any immunity from responsibility to the supreme authority of the United States." *Ex parte Edward Young*, 209 U.S. 123, 160, 28 S.Ct. 441, 52 L.Ed. 714 (1908).

**Wherefore,** to the extent that Title VII, Title VI, the Due Process Clause, the Equal Protection Clause, 42 U.S.C. § 1983, and Plaintiff's state law claims fail to sufficiently establish express statutory authority to bring suit against the Ohio Board of Law Examiners and the Ohio Supreme Court Defendants independently in their official or personal capacity, Plaintiff request that this court join "The State of Ohio" as a Defendant to answer for the 'policy or custom' that have led to the liability of its officers.

Respectfully submitted,

**JOHN DOE**

/s/
_____
John Doe *Pro-Se Plaintiff*
6908 Willow Bloom Dr.
Canal Winchester, OH, 43110
Phone: 216-525-9982
Email: dbsmith135@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion* was filed with the Clerk of

Court and notice of this filing has been sent to all parties in this manner, or by U.S. mail, or

electronic mail.

Respectfully submitted,

**JOHN DOE**

/s/

John Doe *Pro-Se Plaintiff*
6908 Willow Bloom Dr.
Canal Winchester, OH, 43110
Phone: 216-525-9982
Email: dbsmith135@gmail.com

**STEPHEN P. TABATOWSKI**
**ANN YACKSHAW**
**ATTORNEYS FOR THE OHIO SUPREME COURT AND THE OHIO BOARD OF LAW EXAMINERS**
30 E. BROAD ST.,
COLUMBUS, OHIO, 43215
614-466-2872
ANN.YACKSHAW@OHIOAGO.GOV
STEPHEN.TABATOWSKI@OHIOATTORNEYGENERAL.GOV

**DANIELLE SCOLIERE RICE**
**ROBERT A. BURGOYNE**
**ATTORNEYS FOR THE NATIONAL CONFERENCE OF BAR EXAMINERS**
52 EAST GAY STREET
COLUMBUS, OHIO, 43215
614-464-5628
DSRICE@VORYS.COM